# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PROTECT OUR PARKS, INC., *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21 CV 2006 |
| | ) | |
| PETE BUTTIGIEG | ) | Judge Jorge L. Alonso |
| SECRETARY OF THE U.S. | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANTS CITY OF CHICAGO AND CHICAGO PARK DISTRICT'S RESPONSE TO NOTICE OF PLAINTIFFS' OBJECTION TO MINUTE ENTRY OF APRIL 27, 2021

Defendants City of Chicago ("City") and Chicago Park District ("Park District") hereby respectfully notify the Court that, today, they filed in Protect Our Parks, Inc. et al. v. Chicago Park District, et al., No. 18-cv-3424, the attached Defendants City of Chicago and Chicago Park District's Response to Notice of Plaintiffs' Objection to Minute Entry of April 27, 2021.

Plaintiffs also filed in this case the same objection to the April 27, 2021 minute entry that they filed in Case No. 18-cv-3424. See Dkt. 14. The attached document thus serves as the City and Park District's response to Plaintiffs' filing in this case.

| | |
|---|---|
| Date: May 3, 2021 | Respectfully submitted |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>Counsel for the Chicago Park District | CELIA MEZA,<br>Acting Corporation Counsel for the City of Chicago |
| By:  /s/ Joseph P. Roddy | By:  /s/ Andrew Worseck |
| Richard W. Burke<br>Joseph P. Roddy<br>Elizabeth Meyer Pall<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, Suite 2100<br>Chicago, Illinois 60611<br>(312) 840-7000<br>Attorneys for Defendant Chicago Park District | John Hendricks<br>Deputy Corporation Counsel<br>Andrew W. Worseck<br>Chief Assistant Corporation Counsel<br>City of Chicago, Department of Law<br>Constitutional and Commercial Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 744-6975 / 4-7129<br>Attorneys for Defendant City of Chicago |

**CERTIFICATE OF SERVICE**

I, Andrew Worseck, an attorney, hereby certify that on this, the 3rd day of May, 2021, I caused copies of the above **Notice of Defendants City of Chicago and Chicago Park District's Response to Notice of Plaintiffs' Objection to Minute Entry of April 27, 2021**, to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

/s/ Andrew W. Worseck