# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Protect Our Parks Inc, et al.

                         Plaintiff,

v.                                         Case No.: 1:21−cv−02006

                                               Honorable John Robert Blakey

Pete Buttigieg, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 20, 2021:

       MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 7/20/21. This Court takes Plaintiffs' motion for preliminary injunction [30] under advisement and will issue decisions on that motion [30] and Defendants' motion to dismiss [28] in due course. This Court grants Defendants' motion for an extension of time to answer the complaint [74] and will set a deadline for Defendants to answer by future order. All other dates and deadlines stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.