# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROTECT OUR PARKS, INC., *et al.* ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PETE BUTTIGIEG, ) <br> SECRETARY OF THE U.S. ) <br> DEPARTMENT OF TRANSPORTATION, ) <br> *et al.* ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-02006 <br><br> Judge John Robert Blakey |

## DEFENDANTS' NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, August 26, 2021, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants City of Chicago ("City"), the Chicago Park District ("Park District"), and The Barack Obama Foundation ("Foundation") (together, "Defendants"), shall appear before the **Honorable John Robert Blakey**, or any judge sitting in his stead in **Courtroom 1203** of the United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants' Motion for Leave to File a Brief in Excess of Fifteen Pages** (to which **Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' State Law Claims** is attached), copies of which are attached and hereby served upon you.


Date: July 30, 2021                                                 *Respectfully submitted,*


                                                                    CELIA MEZA,
                                                                    Corporation Counsel for the City of Chicago

By: /s/ *Joseph P. Roddy*                                           By: /s/ *Andrew Worseck*

Richard W. Burke                                                    John Hendricks
Joseph P. Roddy                                                     Deputy Corporation Counsel
Elizabeth Meyer Pall                                                Andrew W. Worseck
BURKE, WARREN, MACKAY &                                             Chief Assistant Corporation Counsel
SERRITELLA, P.C.                                                    City of Chicago, Department of Law

| | |
|---|---|
| 330 North Wabash Avenue, Suite 2100<br>Chicago, Illinois 60611<br>(312) 840-7000<br>rburkesr@burkelaw.com<br>jroddy@burkelaw.com<br>epall@burkelaw.com | Constitutional and Commercial Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 744-6975 / 4-7129<br>john.hendricks@cityofchicago.org<br>andrew.worseck@cityofchicago.org |

*Attorneys for Defendant Chicago Park District*

By: /s/ *David H. Hoffman*

David H. Hoffman
Tacy F. Flint
Rachel L. Hampton
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
david.hoffman@sidley.com
tflint@sidley.com
rhampton@sidley.com

Peter R. Steenland
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
psteenland@sidley.com

*Attorneys for Defendant The Barack Obama Foundation*

By: /s/ *Ann D. Navaro*

Ann D. Navaro
Kevin A. Ewing
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, D.C. 20036
(202) 828-5800
ann.navaro@bracewell.com
kevin.ewing@bracewell.com

*Attorneys for Defendant City of Chicago*

## **CERTIFICATE OF SERVICE**

I, Andrew W. Worseck, an attorney, hereby certify that on this, the 30th day of July, 2021, I caused copies of **Defendants' Motion for Leave to File a Brief in Excess of Fifteen Pages** and **Defendants the City of Chicago, the Chicago Park District, The Barack Obama Foundation's Reply in Support of Their Motion to Dismiss Plaintiffs' State Law Claims** attached thereto, and this **Notice of Motion** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

*/s/ Andrew W. Worseck*