# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Protect Our Parks Inc, et al.

                           Plaintiff,

v.                                          Case No.: 1:21−cv−02006

                                              Honorable John Robert Blakey

Pete Buttigieg, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 5, 2021:

        MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' motions for leave to file excess pages [78], [80] and strikes the 8/26/21 Notice of Motion date. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.