UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Protect Our Parks Inc, et al.
             Plaintiff,

v.                                     Case No.: 1:21−cv−02006
                                       Honorable John Robert Blakey

Pete Buttigieg, et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 5, 2021:

    MINUTE entry before the Honorable John Robert Blakey: After considering the parties' briefs and oral argument, this Court finds that Plaintiffs have not met the standard for injunctive relief on their federal claims, and accordingly denies their motion for preliminary injunction [30]. This Court will issue a more detailed opinion and set additional dates and deadlines by separate order. Defendants' motion to dismiss [28] remains under advisement. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.