## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Protect Our Parks Inc, et al.

                    Plaintiff,

v.                                                            Case No.: 1:21−cv−02006

                                                                   Honorable John Robert Blakey

Pete Buttigieg, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2022:

      MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying Memorandum Opinion and Order, the Court grants Defendants' motions to dismiss [28] the state law claims and dismisses Counts VI, VIII, IX, XI, XII, XIII and XV with prejudice and Count VII without prejudice. The Court also lifts the previously−granted stay on discovery, [106]. The parties shall file a joint status report by 4/13/2022 proposing a reasonable schedule for fact discovery and expert discovery, if applicable. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.